# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUCRETIA RICKS**<br>　　　　　**Plaintiff,**<br>　　v.<br>**MEDICREDIT, INC., et al.,**<br>　　　　　**Defendant.** | **CIVIL ACTION NO. 20-3479** |

## ORDER

**AND NOW**, this 27th day of September 2022, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 59] and the response thereto [Doc. No. 61], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**