# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCRETIA RICKS<br>　　　　　**Plaintiff,**<br>　　v.<br>MEDICREDIT, INC.,<br>　　　　　**Defendant.** | CIVIL ACTION NO. 20-3479 |

## ORDER

**AND NOW**, this 18th day of October 2022, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 59] and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED**.
2. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**